UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20518-CR-SEITZ

UNITED STATES OF AMERICA,

v.

LEE SIMON,

    Defendant.
_____/

### ORDER DENYING DEFENDANT LEE JONES SIMON'S
### MOTION TO EARLY TERMINATE SUPERVISED RELEASE

THIS MATTER is before the Court on Mr. Lee Simon's pro se motion for early termination of his three-year term of supervised release [DE 93]. The motion was filed the day before Mr. Simon graduated from this district's reentry court, CARE Court. Because of his successful completion of CARE Court, on December 2, 2021, he received a year off his term of supervised release [DE 94]. That term, which began May 26, 2020, will end May 25, 2022. He has successfully completed 19 months of supervised release.

At his graduation, Mr. Simon was commended for his accomplishments during CARE Court. Except for the full-time legitimate employment requirement, he complied with the standard requirements of supervised release, such as no contact with law enforcement, no positive drug tests, timely monthly reports. He completed MRT (Moral Reconation Therapy) in record time, completed all requirements for his CDL, successfully achieved beyond minimum markers for financial resiliency and reports he has an offer of employment, although the details have not yet been provided. He has a bright future before him provided he pursues things in an honest, right way, rather than seeking short cuts.

Mr. Simon's entrepreneurial drive is apparent in his motion, but as he learned in CARE Court, that drive, unrestrained, can frustrate his ability to achieve long-lasting success. Having considered the 18 USC §3553(a) factors, the Court will not grant the motion for the following reasons.  Mr. Simon was employed with Amazon from the onset of supervision to December 21, 2020 when he lost his job because he was late on several occasions.  He remained unemployed from December 22, 2020, living on unemployment and other relief until September 12, 2021, when, faced with a possible sanction, he secured employment.  Since September 13, 2021 he has been employed by Uber.  While he has informed his US Probation Officer of possible employment as a truck driver with both Warner Trucking Company and Armellini, as of the date of the motion he had not secured either position or provided details. Moreover, contrary to his motion's statement, these are also the reasons his Probation Officer cannot support his motion for early termination.

Thus, to ensure that the goals of the 3553(a) are achieved, the motion must be denied.  This will allow Mr. Simon to demonstrate over the several months that he is employed full-time and otherwise stable in his new field. The Court encourages him to continue to mentor those who are in CARE Court so they can learn from his journey's last steps in securing a solid foundation for his future.  Also, the Court encourages him during this time to research and take the steps necessary to seek restoration of his civil rights upon termination of Supervised Release. Therefore, it is

**ORDERED** that Defendant's pro se Motion for early termination of Supervised Release [DE 93] is DENIED.

DONE AND ORDERED in Miami, Florida, this 4th day of January 2022.

_____
PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE

cc:     All counsel of record
        USPO Melissa Fife